Commonwealth ex rel. Cephas, Appellant, *v.* Shapp, et al.

Argued March 22, 1976. *B. Williams*, with him *Barry H. Denker*, for appellant; *Arnold L. New*, Assistant District Attorney, with him *Mark Sendrow* and *Steven H. Goldblatt*, Assistant District Attorneys, *Abraham J.*

*Gafni*, Deputy District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for appellee.

Order affirmed.